UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SILVERIO ALDAMA-GALVEZ,

Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

## Aggravated Felon Reentry

On or about July 11, 2026, in Kent County, in the Western District of Michigan, Southern Division,

SILVERIO ALDAMA-GALVEZ,

being an alien who had previously been removed after having been convicted of an aggravated felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)
8 U.S.C. § 1101(a)(43)(B)

A TRUE BILL

**[ /s/ Redacted ]**
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_Donald Daniels_
_____
DONALD DANIELS
Assistant United States Attorney